FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Tamico King**

Debtor(s)

Case No.

Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Tamico King** | S.S.# **xxx-xx-7465** |
| | (W) | S.S.# |
| ADDRESS: | **7215 Eggleston Road** | |
| | **Memphis, TN 38125** | |

PLAN PAYMENT: Debtor(s) to pay $ **560.00**  (weekly, every two weeks, semi-monthly, monthly)

PAYROLL DEDUCTION: NO      OR ( X ) DIRECT PAY

BECAUSE: *Direct Pay- Due to Nature of Debtors Employment

FIRST PAYMENT DATE:

PLACE OF EMPLOYMENT: **Self Employed**

ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

**Nationstar Mortgage(7215 Eggleston Road, Memphis, TN)**

| | | | | | |
|---|---|---|---|---|---|
| | Ongoing pmt. Begin | November 1, 2014 | | | $ **721.00** |
| | Approx. arrearage | **6,000.00** | Interest **0.00** % | | $ **100.00** |

SECURED CREDITORS;
(retain lien 11 U.S.C. Sec. 1325{a}{5})

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Santander Consumer USA** | $ **12,000.00** | **0.00** % | $ **200.00** |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$15,195.00**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:   **Allen C. Jones**
**Allen C. Jones**
**314 Poplar Avenue**
**Memphis, TN 38103**
**901-522-9316**